# United States District Court
## Southern District of Georgia

AVON GRADY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV406-151

OFFICER LOPEZ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/25/07, adopting the Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing plaintiff's case without prejudice.

| 4/25/07 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |